7, 1912.) Action by Joseph E. Schloss against Frank Wilson. With this case has been consolidated in this court cases bearing titles as follows: John Chojnacki v. Interborough Rapid Transit Co. (two cases); Andros Jasinski v. Same (two cases); Chas. C. Taft v. Smith, Gray & Co.; A. Victor Gardner v. New York Transportation Co. (two cases); Bernard Lustgarten v. Sol Hecht; Edward N. Dickerson v. Mashek Engineering Company; Herbert H. Chute v. Herbert H. Talmage; John Felix v. Louis M. Josephthal. No opinions. Applications denied, with $10 costs in each case. Orders signed and filed. See, also, 74 Misc. Rep. 90, 131 N. Y. Supp. 614; 134 N. Y. Supp. 567, 923, 940, 1090, 1110.

SCHUELER, Appellant, v. DOOLEY, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1912.) Action by J. L. Emil Schueler against Mary Louise Dooley. No opinion. Motion for reargument (of 134 N. Y. Supp. 99) denied, without costs.

SCHWARZENBACH, Appellant, v. MORAN, Respondent. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by Robert J. F. Schwarzenbach against James H. Moran. T. Hansen, for appellant. F. J. McCoy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 132 N. Y. Supp. 1146.

SCHWEINBURG v. ALTMAN. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by Emil Schweinburg against Benjamin Altman. No opinion. Motion granted. Settle order on notice. See, also, 145 App. Div. 377, 130 N. Y. Supp. 37; infra.

SCHWEINBURG, Respondent, v. ALTMAN, Appellant. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Emil Schweinburg against Benjamin Altman. E. L. Mooney, for appellant. W. N. Cohen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 145 App. Div. 377, 130 N. Y. Supp. 37; supra.

SCHWEITZER, Respondent, v. HAMBURG– AMERIKANISCHE PACKETFAHRT 'ACTIEN GESELLSCHAFT, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) Action by Anton V. Schweitzer against the Hamburg-Amerikanische Packetfahrt Actien Gesellschaft. No opinion. Motion to resettle order granted, provided the case be not brought on by the plaintiff for trial before the October term, 1912. Resettle order before Mr. Justice Carr. See, also, 134 N. Y. Supp. 812.

SCHWEIZER et al. v. HICKOK et al. (Supreme Court, Appellate Division, Second Department. May 1, 1912). Action by William Schweizer and another against William P. Hickok and others. No opinion. Motion denied, without costs.

In re SCOFIELD. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) In the matter of the application of Julia H. Scofield for payment to her of award made to unknown owners, etc., in a proceeding to acquire title to lands for a school site for Public School 13, in the Borough of Richmond, etc. No opinion. Motion granted, and matter referred to Meier Steinbrink, Esq.

SEA BEACH RY. CO. v. BROWNING et al. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by the Sea Beach Railway Company against George A. Browning and others. No opinion. Order affirmed, without costs.

SEALY v. FOOTE. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Thomas Sealy against Clarence Foote. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

SEARCH, Respondent, v. RUBBO, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1912.) Supplementary proceedings in an action by Frank G. Search against Michele Rubbo. No opinion. Motion granted, without costs, on condition that the appellant perfect his appeal, place the case on the next calendar, and be ready for argument when reached; otherwise, motion denied, with $10 costs.

SEIXAS v. BASSETT. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Everett Seixas against Hamilton Bassett. No opinion. Application denied, with $10 costs. Order signed.

SHEA, Appellant, v. E. E. PAUL CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by George E. Shea against the E. E. Paul Construction Company. No opinion. Judgment and order unanimously affirmed, with costs.

SILVERMAN, Appellant, v. EBIN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by Alexander H. Silverman against Louis Ebin and another. M. Schaap, for appellant. E. Cahn, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SILVERMAN, Appellant, v. EBIN et al., Respondents. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by